IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA
CIVIL DIVISION

EARLE WEBB MOFFITT, II
      Plaintiff,

vs.

CARROLL CECIL NEWTON,
and ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,
      Defendants.

_____/

CASE NO.: 2013 CA 7262 NC

DIVISION: A

## COMPLAINT

**COME NOW**, the Plaintiff, EARLE WEBB MOFFITT, II, by and through his undersigned

attorneys, and sues the Defendants, CARROLL CECIL NEWTON and ALLSTATE FIRE AND

CASUALTY INSURANCE COMPANY ("ALLSTATE"), and allege as follows:

### GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1.    That this is an action for damages which exceed Fifteen Thousand Dollars

($15,000.00), exclusive of interest, costs and attorneys fees.

2.    That at all times material hereto, the Plaintiff, EARLE WEBB MOFFITT, II, was and

is a resident of Sarasota, Sarasota County, Florida.

3.    That at all times material hereto, the Defendant, CARROLL CECIL NEWTON, an

underinsured motorist, was and is a resident of Hastings, Barry County, Michigan.

4.    That at all times material hereto, the Defendant, ALLSTATE, was and is an insurance

company licensed to do business in the state of Florida, was authorized to engage in the business of

selling and underwriting insurance, and was doing business in Sarasota, Sarasota County, Florida.

5.    That at all times material hereto, the Defendant, ALLSTATE, designated the Chief

Financial Officer of Florida as its Registered Agent for services of process.

6.     That on or about February 16, 2011, the Defendant, CARROLL CECIL NEWTON, an underinsured motorist, owned and operated a vehicle in an southbound direction on Gulf of Mexico Drive at or near its intersection with Longboat Key Club Road in Sarasota, Sarasota County, Florida.

7.     That at said time and place, the Plaintiff, EARLE WEBB MOFFITT, II, operated a vehicle traveling in a southbound direction on Gulf of Mexico Drive at or near its intersection with Longboat Key Club Road in Sarasota, Sarasota County, Florida.

8.     That at that time and place, the Defendant, CARROLL CECIL NEWTON, an underinsured motorist, negligently and carelessly operated or maintained said motor vehicle so as to cause an accident with the Plaintiff, EARLE WEBB MOFFITT, II'S, vehicle.

9.     That the policy from the Defendant, ALLSTATE, provided for underinsured motorist benefits to the Plaintiff, EARLE WEBB MOFFITT, II.

10.    That the Plaintiff, EARLE WEBB MOFFITT, II, has complied with all terms and conditions precedent to entitlement to underinsured motorist benefits under the Allstate Policy.

11.    That pursuant to the terms and conditions of the Allstate Policy, the Plaintiff, EARLE WEBB MOFFITT, II, has named the Defendant, ALLSTATE, as a Defendant so as to allow the Defendant, ALLSTATE, the opportunity to defend against the Plaintiffs' claims for underinsured motorist benefits under the terms and conditions of the Allstate Policy.

12.    That despite demands by the Plaintiff, EARLE WEBB MOFFITT, II, to date, the Defendant, ALLSTATE, has refused and continues to refuse to honor the Plaintiff's requests for payment under the applicable underinsured motorist provisions of the State Farm Policy.

13.     That Plaintiff, EARLE WEBB MOFFITT, II, has demanded payment of underinsured benefits from the Defendant, ALLSTATE, but the Defendant has failed and refused to pay the same which is a breach of the Defendant's insurance contract with the Plaintiff.

## COUNT I - CLAIM FOR BODILY INJURY AGAINST CARROLL CECIL NEWTON

14.     The Plaintiff, EARLE WEBB MOFFITT, II, restate and re-allege paragraphs one (1) through thirteen (13) as if stated fully herein.

15.     That this is an action by the Plaintiff, KORY HARE, for damages and injuries he sustained due to the negligence of the Defendant, CARROLL CECIL NEWTON, an underinsured motorist,.

16.     That as a direct and proximate result of the collision set forth herein, and the negligence of the Defendant, CARROLL CECIL NEWTON, an underinsured motorist, the Plaintiff, EARLE WEBB MOFFITT, II, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of ability to earn money, an aggravation of a previous existing condition, property damage and loss of use of his vehicle. The losses are permanent and continuing in nature, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff, EARLE WEBB MOFFITT, II, demands judgment against the Defendant, CARROLL CECIL NEWTON, for payment of damages, attorney's fees and costs, and for such other relief as this court may deem just and proper, and demands a trial by jury on all issues so triable.

## COUNT II - CLAIM FOR BODILY INJURY AGAINST STATE FARM

17.     The Plaintiff, EARLE WEBB MOFFITT, II, restates and re-alleges paragraphs one

(1) through sixteen (16) as if stated fully herein.

18.     That as a direct and proximate result of the accident set forth herein, and the negligence of the underinsured motorist and the Defendant, ALLSTATE, the Plaintiff, EARLE WEBB MOFFITT, II, has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical nursing care and treatment, loss of ability to earn money, and an aggravation of a previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

**WHEREFORE**, the Plaintiff, EARLE WEBB MOFFITT, II, demands judgment against the Defendant, ALLSTATE, for payment of damages, attorney's fees and costs, and for such other relief as this court may deem just and proper, and demands a trial by jury on all issues so triable.

**DATED** this _____ day of October, 2013.

**BUTLER & BOYD, P.A.**

James T. Butler, Esquire
Fla. Bay No. 154948
Christopher A. Boyd, Esquire
Fla. Bar No. 792691
201 North Franklin Street, Suite 2880
Tampa, Florida 33602
(813) 229-3232 - Telephone
(813) 229-7943 - Facsimile
service@butlerboyd.com
Attorneys for the Plaintiff